**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:                                                    :

TERRORIST ATTACKS ON                        :
SEPTEMBER 11, 2001                              :

                                                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

03 MDL 1570 (GBD) (SN)

This document relates to:

    *All actions*

GEORGE B. DANIELS, United States District Judge:

    This Court has reviewed the underlying submissions relating to the sealing of certain documents. In light of the volume of challenged documents and their relatedness to the underlying motions to dismiss, in consultation with Magistrate Judge Netburn, the sealing issue is withdrawn from her jurisdiction.

    This Court will conduct the conference scheduled for Wednesday, July 17, 2024 at 2:00 PM in Courtroom 11A in the Daniel Patrick Moynihan United States Courthouse. At that conference, the Court will discuss with the parties the process and timing of a resolution of the dispute over which documents should remain under seal. The Court will also canvas the parties on how best to proceed with the July 31, 2024 oral argument.

Dated:  July 15, 2024
       New York, New York

SO ORDERED.

*George B Daniels*

GEORGE B. DANIELS
United States District Judge